UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Ronald C. Spear-Zuleta
Reg. No. 25308-111
Canaan USP
P.O. Box - 300
Waymart, Pennsylvania 18472

NOV 17 2023 PM 8:27
FILED-USDC-CT-NEW HAVEN

------------------------------x

UNITED STATES OF AMERICA,

    v.

RONALD C. SPEAR-ZULETA,
       Movant.

------------------------------x

MOTION UNDER 28 U.S.C. § 2255 TO VACATE,
SET ASIDE, OR CORRECT SENTENCE

1. (a) Name and location of court that entered the judgment you are challenging: Richard C. Lee United States Courthouse, 141 Church Street, Room 214, New Haven, CT 06510.

   (b) Criminal docket or case number (if you know): No. 3:18-cr-311-JCH-1

2. (a) Date of the judgment of conviction (if you know): April 27, 2021.
   (b) Date of sentencing: April 27, 2021.

3. Length of sentence: 135 months.

4. Nature of crime (all counts): 18 U.S.C. § 1951(a) (Interferene with Commerce by Robbery); 18 U.S.C. § 1201(a)(1) (Kidnapping); 18 U.S.C. § 371 (Conspiracy); 18 U.S.C. § 2 (Aiding and Abetting).

1

5. (a) What was your plea? (Check one)
   (1) Not guilty [ ]   (2) Guilty [x]   (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Count One to 18 U.S.C. § 1951(a)(Hobbs Act Robbery).

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [ ]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [x]

8. Did you appeal from the judgment of conviction?   Yes [x]   No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: U.S. Court of Appeals (2nd. Cir.)
   (b) Docket or case number (if you know): 21-1158
   (c) Result: Judgment Affirmed
   (d) Date of result (if you know): December 1, 2022
   (e) Citation to the case (if you know): 2022 U.S. App. LEXIS 33171.
   (f) Grounds raised: The district court failed to ensure that his guilty plea complied with Federal Rule of Criminal Procedure 11 (Rule 11).
   
   a. Factual Basis for the Plea.
      The district court did not comply with Rule 11(b)(3) in accepting his guilty plea because, at the time of the change-of-plea proceeding, there was no factual basis to establish that the robbery impacted interstate commerce, as required under the Hobbs Act.
   b. Understanding the Nature of the Charges.
      The district court did not complied with Rule 11(b)(1)(G) because it failed to ensure that he understood the nature of the charge before entering the plea.
   c. Failure to Disclose Impeachment Material.

2

   The district court erred in denying his second motion to withdraw the guilty plea because the government's failure to produce certain impeachment evidence concerning Ashley Branham-Robinson's fiancee and the government's key witness-prevented him from knowingly entering the plea.
 II. Sentencing.
   The district court's sentence was procedurally unreasonable because it erred in applying a one-level enhancement for the taking of a controlled substance during the robbery under Section 2B3.1(b)(6) of the Guidelines.
(g) Did you file a petition for certiorari in the United States Supreme Court? Yes [ ]  No [x]
  If "Yes," answer the following:
  (1) Docket or case number (if you know):
  (2) Result:
  (3) Date of result (if you know):
  (4) Citation to the case (if you know):
  (5) Grounds raised:
10. Other than the direct appeals listed above, have you previously filed any other motion, petitions, or applications concerning this judgment of conviction in any court? Yes [ ]  No [x]
11. If your answer to Question 10 was "Yes," give the following
 (a) (1) Name of court:
  (2) Docket or case number (if you know):
  (3) Date of filing (if you know):
  (4) Nature of the proceeding:
  (5) Grounds raised:
  (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes [ ]  No [ ]
  (7) Result:
  (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court:
    (2) Docket or case number (if you know):
    (3) Date of filing (if you know):
    (4) Nature of the proceeding:
    (5) Grounds raised:
    (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes [ ] No [x]
    (7) Result:
    (8) Date of result (if you know):
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes [ ]    No [x]
    (2) Second petition:    Yes [ ]    No [x]
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: Not applicable.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel ineffectiveness withheld exculpatory evidence "USB Drive," until months after guilty plea.

(b) Direct Appeal of Ground One:
    (1) If you appealed from the judgment of conviction, did

4

you raise this issue?  Yes [ ]   No [x]

(2) If you did not raise this issue in your direct appeal, explain why:

I was focus on the issues that were before the court.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, Yes [ ]  No [x]   petition, or application?

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

   Yes [ ]  No [x]

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes [ ]  No [x]

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes [ ]  No [x]

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO

(a) Supporting facts (Do not argue or cite law. Just state the

specific facts that support your claim.):
Counsel ineffectiveness to investigate all impeachment/credit-ability evidence, also, failed to cross-examine properly.

(b) Direct Appeal of Ground Two:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes [ ]  No [x]
    (2) If you did not raise this issue in your direct appeal, explain why:
I was focus on the issues that were before the court.
(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes [ ]  No [x]
    (2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:
Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion order, if available):
    (3) Did you receive a hearing on your motion, petition, or application?
        Yes [ ]  No [x]
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes [ ]  No [x]
    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
        Yes [ ]  No [x]
    (6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):
(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE
(a) Supporting facts. (Do not argue or cite law. Just state the specific facts that support your claim.): I was not informed by counsel of my true sentencing exposure - 11 points of enhancements.

(b) Direct Appeal of Ground Three:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes [ ]   No [x]
   (2) If you did not raise this issue in your direct appeal, explain why:
I was focus on the issues that were before the court.
(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion,
      Yes [ ]   No [x]          petition, or application?
   (2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:
Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):
(3) Did you receive a hearing on your motion, petition, or application?
      Yes [ ]   No [x]
(4) Did you appeal from the denial of your motion, petition, or application?

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
　　Yes [ ]　No [x]
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:
Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):
(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND FOUR:
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I was coerced by counsel to take plea.

(b) Direct Appeal of Ground Four:
　(1) If you appealed from the judgment of conviction, did you raise this issue?
　　Yes [ ]　No [x]
　(2) If you did not raise this issue in your direct appeal, explain why:
I was focus on the issues that were before the court.
(c) Post-Conviction Proceedings:
　(1) Did you raise this issue in any post-conviction motion, petition, or application?
　　Yes [ ]　No [x]
　(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:
Docket or case number (if you know):
Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
(3) Did you receive a hearing on your motion, petition, or application?
    Yes [ ]  No [x]
(4) Did you appeal from the denial of your motion, petition, or application?
    Yes [ ]  No [x]
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes [ ]  No [x]
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:
Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):
(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND FIVE:
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel ineffectiveness to assert/object to unfair hearings.
(b) Direct Appeal of Ground Five:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes [ ]  No [x]
    (2) If you did not raise this issue in your direct appeal, explain why:
I was focus on the issues that were before the court.
(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes [ ]  No [ ]

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:
Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):
(3) Did you receive a hearing on your motion, petition, or application?
    Yes [ ]  No [x]
(4) Did you appeal from the denial of your motion, petition, or application?
    Yes [ ]  No [x]
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes [ ]  No [x]
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:
Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):
(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
No.

14. Do you have any motion, petition, or appeal <u>now pending</u> ( filed and not decided yet) in any court for the judgment you are challenging?  Yes [ ]  No [x]
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

issues raised.
15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: Robert Gerard Golger, Russo & Rizio, LLC, 10 Sasco Hill Road, Fairfield, CT 06824.
    (b) At arraignment and plea: Robert Gerard Golger, Russo & Rizio, LLC, 10 Sasco Hill Road, Fairfield, CT 06824.
    (c) At trial: No.
    (d) At sentencing: Anthony David Collins, Collins & Martin PC, 55 Town Line Rd., 3rd Fl., Wethersfield, CT 06109.
    (e) On appeal: James I. Glasser, Wiggin and Dana LLP, One Century Tower, 265 Church Street, New Haven, CT 06510.
    (f) In any post-conviction proceeding: No.
    (g) On appeal from any ruling against you in a post-conviction proceeding:
16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes [ ]   No [x]
17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [ ]   No [x]
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes [ ]   No [x]
18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*
    § 2255 is timely filed.

11

Therefore, movant asks that the Court grant the following relief: I want to take my plea back to not guilty plea, or any other relief to which movant may be entitled to.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

Executed (signed) on _____11/8/23_____ (date)

_____
Signature of Movant
Ronald C. Spear-Zuleta
Reg. No. 25308-111
Canaan USP
P.O. Box - 300
Waymart, PA 18472

RON C. SPEAR-ZULETA
REG. N.O. 25308-111
CANAAN U.S.P.
P.O. BOX 300
WAYMART, PA. 18472

Retail 

U.S. POSTAGE PAID
FCM LG ENV
WAYMART, PA 18472
NOV 13, 2023

06510

$0.00

RDC 99          R2305M148274-30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
157 CHURCH ST
NEW HAVEN, CT 06510